UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEZZIE KEMP,

                            Plaintiffs,                    **24-cv-02010-VF**

             -against-                               **ORDER**

CVS PHARMACY INC. and CVS ALBANY, LLC.

                            Defendants.
------------------------------------------------------------------X

CVS PHARMACY INC. and CVS ALBANY, LLC,

                            Plaintiffs,

             -against-

CROSSMARK, INC.

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Crossmark, Inc. is directed to respond to the Complaint from Plaintiffs' CVS Pharmacy, Inc. and CVS Albany, LLC by **Tuesday, July 16, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
                 July 1, 2024

                                                      _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge