UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEZZIE KEMP,

                              Plaintiff,                              24-cv-02010-VF

            -against-                              **CASE MANAGEMENT PLAN ORDER**

CVS PHARMACY INC. and CVS ALBANY, LLC.

                              Defendants.
------------------------------------------------------------------X

CVS PHARMACY INC. and CVS ALBANY, LLC,

                              Third-Party Plaintiffs,

            -against-

CROSSMARK, INC.

                              Third-Party Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties, including Third-Party Defendant Crossmark, Inc., are directed to meet and confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties are also directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan at https://nysd.uscourts.gov/hon-valerie-figueredo and file it on ECF by no later than **Friday, October 25, 2024.** Parties who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute.

      **SO ORDERED.**

DATED:    New York, New York
                October 4, 2024

                                                                _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge