UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEZZIE KEMP,

                              Plaintiff,                          **24-cv-02010-VF**

              -against-                               **ORDER**

CVS PHARMACY INC. and CVS ALBANY, LLC.

                              Defendants.
------------------------------------------------------------------X

CVS PHARMACY INC. and CVS ALBANY, LLC,

                              Third-Party Plaintiffs,

              -against-

CROSSMARK, INC.

                              Third-Party Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to file a joint status update as to the status of discovery on or before **Friday, December 20, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               October 23, 2024

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge

1