**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LEZZIE KEMP,

                     Plaintiff,

         -against-

CVS PHARMACY INC. and CVS ALBANY, LLC.

                   Defendants.

-------------------------------------------------------------------X

**24-CV-02010-VF**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to file a joint status update as to the status of mediation on or before **Friday, January 2, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
              December 3, 2025

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge

1