**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LEZZIE KEMP,

Plaintiff,

        -against-

CVS PHARMACY INC. and CVS ALBANY, LLC.

Defendants.

-------------------------------------------------------------------X

**24-CV-02010-VF**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are directed to file a joint status update as to the status of mediation on or before **Wednesday, January 14, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
             January 7, 2026

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge

1